UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY HAYWOOD, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | Case No.  3:16-cv-1087 |
| MASSAGE ENVY FRANCHISING, LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

## CLASS ACTION COMPLAINT

## TABLE OF CONTENTS

INTRODUCTION ........................................................................................................ 1

PARTIES .................................................................................................................... 1

JURISDICTION AND VENUE .................................................................................. 2

FACTUAL ALLEGATIONS CONCERNING DEFENDANT'S LIABILITY ........................... 2

    Massage Envy's Offer of a 1-Hour Massage Session ........................................... 4

    Massage Envy's "Disclaimer Page" and Its Links ............................................ 5

    Massage Envy's Video: "My First Massage EVER: What You Should Expect" ............. 7

    Massage Envy's "Step-by-Step Guide" ........................................................... 11

    Massage Envy's Web Page, "Customize your Massage Session" .................................. 15

    Massage Envy's FAQs ................................................................................... 17

    Massage Envy's Web Pages for Individual Facilities ........................................ 17

    Massage Envy's E-Gift Cards ....................................................................... 20

    Massage Envy's Display Materials ................................................................ 21

    The One Statement on Its Website Where Massage Envy Reveals the Actual Length of a One-Hour Massage is Virtually Impossible to Find ........................................... 22

    Massage Envy's Pricing Card Includes a Statement About the Actual Length of a Massage that is Difficult to Find and Read ................................................... 28

    Massage Envy Used to Disclose at the Top of Its Home Web Page How Long the Massage Lasts, But It Has Made that Information Progressively More Difficult To Find .................................................................................................................. 29

    Massage Envy Tells Its *Members* that a One-Hour Massage Lasts Only 50 Minutes ...... 34

Massage Envy's Competitor MassageLuxe Freely Discloses that a One-Hour Session
Provides a 50-Minute Massage ....................................................................... 35

PLAINTIFF ALLEGATIONS ............................................................................. 37

THE ILLEGALITY OF MASSAGE ENVY'S PRACTICES UNDER THE ICFA ................... 39

Massage Envy's Acts and Practices Violate the ICFA's Prohibitions of Deception ........ 39

Massage Envy's Acts and Practices Violate the ICFA's Prohibitions of Omissions of
Material Facts .............................................................................................. 40

Massage Envy's Acts and Practices Are Unethical in Violation of the ICFA's
Prohibitions of Unfairness .............................................................................. 40

CLASS ACTION ALLEGATIONS ...................................................................... 44

JURY DEMAND ............................................................................................ 46

COUNT I:  AFFIRMATIVE DECEPTION IN VIOLATION OF THE ICFA ........................ 46

COUNT II:  OMISSIONS OF MATERIAL FACT IN VIOLATION OF THE ICFA ............... 47

COUNT III:  UNFAIR PRACTICES IN VIOLATION OF THE ICFA ............................... 48

PRAYER FOR RELIEF .................................................................................... 51

# TABLE OF EXHIBITS

**Exhibit**                                                                                                          **Paragraph**

A – Massage Envy Pricing Card ................................................................................68, 98

B – Email to Plaintiff from Massage Envy (2-13-16)...................................................89

C – Plaintiff's Electronic Gift Card ............................................................................91

D – Plaintiff's Massage Envy Wellness Plan (5-11-16) ...............................................95

E – Plaintiff's Massage Envy Wellness Plan (9-8-16)..................................................99

F – Plaintiff's Massage Envy Receipt (9-8-16) ...........................................................99

G – Direct Marketing Association, *Guidelines for Ethical Business Practice* (May 2011) ........109

H – Direct Marketing Association, *Guidelines for Ethical Business Practice* (January 2014)...109

I – Direct Marketing Association, *Do the Right Thing: A Companion to DMA's Guidelines for Ethical Business Practice* (January 2009) ................................................................112

COMES NOW Kathy Haywood ("Plaintiff"), on behalf of herself and all others similarly situated, and for her Class Action Complaint against Massage Envy Franchising, LLC ("Massage Envy"), alleges upon personal knowledge as to her own acts and upon information and belief (based on the investigation of counsel) as follows:

## INTRODUCTION

1.       Plaintiff brings this class action on behalf of herself and similarly situated consumers because of Massage Envy's deceptive and unfair acts and practices in offering and selling what it states are one-hour massages or "massage sessions" that provide no more than 50-minutes of massage time and deceptively and unfairly compel consumers to pay Massage Envy for the time they spend being interviewed by the massage therapist, dressing and undressing, and waiting for the massage therapist to appear.

2.       These acts and practices are deceptive in violation of the Illinois Consumer Fraud Act ("ICFA"), 815 ILCS 505/1 *et seq.*  They also violate ICFA because they are unfair in that they violate accepted principles of unethical conduct.

## PARTIES

3.       Plaintiff Kathy Haywood is a resident of East St. Louis in St. Clair County, Illinois, who purchased one-hour massages from the Massage Envy location in O'Fallon, Illinois, on or about May 11, 2016, and September 8, 2016, but received massages that were no longer than 50 minutes.

4.       Massage Envy, based in Scottsdale, Arizona, provides therapeutic massages through its franchise locations.  It has more than 1,100 locations in 49 states (including

approximately 48 in Illinois) that employ more than 25,000 professionals and have provided more than 100 million massages and facials.[1]

## JURISDICTION AND VENUE

5.       This is a class action filed pursuant to Rule 23 of the Federal Rules of Civil Procedure.

6.       This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(d)(2), (5), and (6).  The amount in controversy exceeds $5 million, exclusive of interest or costs, the proposed class includes at least 100 members, and there is minimal diversity of citizenship. Plaintiff is a citizen of Illinois.  Massage Envy is a citizen of Delaware, where it is incorporated, and Arizona, where it has its principal place of business at 14350 N. 8th St., Ste. 200, Scottsdale, AZ 85260.

7.       This Court has personal jurisdiction over Massage Envy because Massage Envy regularly provides massage services in Illinois.

8.       Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## FACTUAL ALLEGATIONS CONCERNING DEFENDANT'S LIABILITY

9.       Massage Envy provides sessions that it tells consumers provide a one-hour massage but in actuality deliver only 50 minutes or less of actual massage time.  At least 10 minutes of the hour are spent (a) being briefly interviewed by the massage therapist, (b) undressing, (c) waiting on the massage table for the massage therapist to arrive and (d), after the massage has been completed, getting dressed.

---

[1] *See* Massage Envy's press release entitled, "Massage Envy Takes First Steps to International Expansion in Australia," available at http://www.massageenvy.com/about-massage-envy/press-room/press-releases/may-5-2016.aspx (accessed 9/27/2016).

10.     If Massage Envy did not intend to mislead consumers about the actual length of the massage, it would simply tell them the truth about it, clearly and conspicuously, beginning with its offer of a one-hour massage session on the home page of its website and continuing throughout its communications with consumers.  Massage Envy *used* to do that, with a clear disclosure about the 50-minute length of a massage at the very top of its home page.  But no longer.

11.     Now Massage Envy misrepresents the length of a "1-hour" massage and conceals the fact that at least 10 minutes out of the hour are spent in other activities.  It does so repeatedly: In its offers of an introductory 1-hour massage session; on what it calls a "Disclaimer" page; in a video that it displays for new customers entitled, "My First Massage EVER: What You Should Expect"; in a "Step-by-Step" guide to massages that it displays on its website; in a web page entitled, "Customize your Massage Session"; in a page of "FAQs" on its website; on its web pages for individual facilities, such as its O'Fallon, Illinois facility; on its electronic gift cards; and on display materials in its massage facilities.

12.     Massage Envy publishes in two places a statement that a one-hour massage takes only 50 minutes.  However, not only need a consumer *not* have to see those statements before receiving his or her massage, but in both instances Massage Envy goes out of its way to make sure that no customer will be able to find or read them.  One is buried deep in an almost impossible-to-find web page, and the other is in an almost impossible to read note on a pricing sheet that it does not affirmatively call to customers' attention.  As shown in this complaint, as a result of the way Massage Envy conceals those statements, they are the epitome of what responsible marketers consider to be unethical.

3

13.     By comparison, one of Massage Envy's competitors, MassageLuxe, states clearly on the front page of its own website that the actual massage in a one-hour massage session that it offers lasts only 50 minutes.  Massage Envy undoubtedly is aware of what MassageLuxe states on its website. But it does not emulate MassageLuxe's responsible practice.

14.     The facts delineated below demonstrate the basis of the above allegations.

**Massage Envy's Offer of a 1-Hour Massage Session**

15.     Massage Envy offers an "Introductory 1-Hour Massage Session."  The following screen shot shows that offer on its website's home page:



http://www.massageenvy.com/ (accessed 9/27/2016).

16.     As can be seen from the above screenshot, a blue box states that Massage Envy offers an "Introductory 1-Hour Massage Session" for $50.  There is also a difficult-to-see asterisk after the word "Session."

4

17.    Clicking on the asterisk does not take the viewer to a footnote, in the fashion of, for example, footnotes on Wikipedia.  Instead, if the consumer clicks on the asterisk, he or she is taken to a different web page entirely:  http://www.massageenvy.com/membership.aspx (accessed 9/24/2016).  That page is entitled, "Imagine more ME time" and describes "Membership Benefits."  This page has no explanation of what is meant by "Introductory 1-Hour Massage Session."  It is therefore misleading to link this page to the offer of an "Introductory 1-Hour Massage Session."

**Massage Envy's "Disclaimer Page" and Its Links**

18.    If, instead of clicking on the asterisk after the words "Introductory 1-Hour Massage Session" on the Massage Envy home page, the consumer scrolls down past various links and a menu chart, he or she will come across a footnote in small type that states:  "*View pricing and promotional details."  The following screenshot shows how that footnote appears on the webpage:



http://www.massageenvy.com/ (accessed 9/27/2016).

19.    That footnote provides a link to a page entitled, "Pricing and Promotional Disclaimers" (hereafter referred to as "Disclaimer Page").  Here is a screenshot from that page:

5



http://www.massageenvy.com/pricing-and-promotional-items.aspx (accessed 9/27/2016).

20.     As can be seen, in small type underneath the heading, "Session," the Disclaimer

Page states:  "*Session includes massage or facial and time for consultation and dressing."  That

page does not state whether the time for consultation and dressing is deducted from the one hour.

Nor does it indicate how long the actual massage will be or how much time is allotted for

consultation and dressing (and doesn't mention undressing or waiting time).

21.     As can also be seen from the above screenshot, the Disclaimer Page contains a

light gray box entitled, "New to Massage Envy?"  That box contains three links.

22.     The first of those links is entitled, "New to Massage."  That link takes the

consumer to a page entitled, "Massage Tips for Beginners."  http://www.massageenvy.com/

massage-therapy-for/new-to-massage.aspx (accessed 9/27/2016).  That page does not discuss the length of the massage.

23.     The second link, "Your first visit," takes the consumer to a page entitled "Your First Massage Session."  http://www.massageenvy.com/your-first-visit.aspx (accessed 9/27/2016).  That page contains both a video and text.  The video, titled, "My First Massage EVER: *What You Can Expect*" lasts about three-and-a-half minutes, is interspersed with titles, and never mentions that the consumer should expect that "My First Massage EVER" will last only 50-minutes or less.  (This web page can also be accessed by clicking on "Your First Visit" in a menu bar on Massage Envy's home page, http://www.massageenvy.com/, as well as other Massage Envy web pages.)  Plaintiff discusses this page further below.

24.     The third link in the "New to Massage Envy?" box is entitled, "Massage Envy" and takes the consumer to a page entitled, "The New Day Spa."  http://www.massageenvy.com/massage-envy.aspx (accessed 9/27/2016).  That page contains the same video mentioned above, entitled, "My First Massage EVER: What You Can Expect," as well as the same blue box described earlier with the offer of a "$50 Introductory 1-Hour Massage Session," an asterisk after the word "Session" and a footnote at the bottom of the page stating "*View pricing and promotional details" with a link back to the Disclaimer Page.

**Massage Envy's Video:  "My First Massage EVER: What You Should Expect"**

25.     Here is the script of the narration to Massage Envy's Video, "My First Massage EVER: What You Can Expect," contained on its web page entitled, "Your First Massage Session":

> *What should you expect from your first massage?  Hi, I'm Becky Mirizio for Massage Envy Spa.*

*Maybe you're curious about massage or you're finally ready for your first session. Either way, you're gonna want to know what to expect. Well, I'm here to be your guide. So let's get started.*

*First things first: Scheduling your appointment. When you call, you'll want to tell us any preferences you have, like male or female therapist and what type of massage you like. Of course, this is your first massage, so how do you know your preferences? Well, for first-time guests, we recommend a Swedish massage. It's nice and relaxing, plus you still get the therapeutic benefits you're looking for.*

*So your appointment is set. Once you arrive at Massage Envy Spa, a front desk associate will greet you and they'll ask you to fill out a Massage Wellness Chart. This is where you'll record any injuries, health history and other physical conditions we should know about – all of which is confidential. We recommend wearing comfortable clothes and arriving 15 minutes early so you can fill everything out without feeling rushed.*

*When you're all finished, you can relax and wait in the lobby or, if available, the tranquility room. This is also a good time to turn your cell phone off or put it on silent. Relax, your emails will still be there when you're done.*

*Next, your massage therapist will come to greet you and walk you to your room. They'll also show you where the bathroom is – which we recommend using – trust us, you don't want to go mid-session.*

*Together, you'll review your Wellness Chart. Your massage therapist will ask you questions like, "Why did you come in today?" and "Do you have specific stress or areas you're experiencing any pain?" Your communication is key here and throughout your session. Tell your therapist if this is your first time. They'll answer any questions you have and walk you through the process so you feel comfortable.*

*Massage Envy Spa uses only hypoallergenic lotions. Still, it's a good idea to let us know if you have any allergies beforehand.*

*Your massage therapist will then leave the room while you disrobe to your level of comfort. But, what's the right amount? Well, some clients prefer to completely disrobe, while others remain partially clothed. Either option is absolutely fine. It's whatever is most comfortable for you.*

*Once disrobed, you'll lie on the massage table under the top sheet and blanket. Your massage therapist will give you a few minutes alone, then knock before entering the room.*

*Your massage therapist will always respect your modesty. You'll be draped with the sheet during your entire massage session, only uncovering the part of the body they're working on. Remember, this is your massage.*

8

*The face cradle can be adjusted and the massage table heated.  Your therapist just wants you to have a great experience, so speak up.  And that goes double for pressure and technique.  Should you experience pain or discomfort when working a particularly tight area, it's extremely important to say so.  Your therapist is a professional and he or she can adapt, using different techniques to relax stubborn muscles.*

*After your massage is completed, take a few moments to relax before you re-dress and your therapist takes you back to the lobby.  He or she will then offer you some water, discuss areas that were worked, and offer recommendations for future sessions.*

*So there you have it—your first massage session.  Relaxing, isn't it?  If you have any more questions, you can visit our site, massageenvy.com, or call your local clinic.  Thanks for watching.  Have a healthy day.*

26.    As can be seen from the script, the video never mentions how long the massage will last.  However, it deceptively indicates that the entire session is devoted to the massage, and activities such as the interview, undressing and dressing are not part of the massage "session."  The narrator states:  "You'll be draped with the sheet during your entire massage session."  Because the consumer is not draped with a sheet during the interview or while undressing or dressing, those activities are not part of the massage session, at least according to this script.

27.    The video recommends arriving 15 minutes early and reinforces that recommendation with a title as shown in the screenshot below.



http://www.massageenvy.com/your-firs2-visit.aspx (accessed 9/24/2016).  Telling the viewer to arrive 15 minutes early suggests that the preliminaries do not count against the hour.

9

28.     Among the preliminaries are filling out a Wellness Chart and then reviewing it

with the massage therapist, as shown in the following screenshots:





29.     The video also states that, after the consumer disrobes and lies on the table, the

massage therapist "will give you a few minutes alone, then knock before entering the room."

Here is a screenshot of what the video shows while the narrator talks about this "alone" time:



Nowhere does the video indicate that these "few minutes" waiting for the massage therapist to appear count against the hour that the consumer has paid for and that the consumer is therefore paying Massage Envy for waiting time at $50 an hour or even more.

**Massage Envy's "Step-by-Step Guide"**

30.     Massage Envy's web page entitled, "Your First Massage Session," also contains a four-part discussion entitled, "The Step-by-Step Guide."  http://www.massageenvy.com/your-first-visit.aspx (accessed 9/24/2016).  This web page deceptively reinforces the message that the session consists of the actual massage and that other activities, such as the pre-interview and dressing, are extraneous to it.

31.     The Step-by-Step Guide has four parts, or "Steps":

1.     Meet and Greet

2.     Starting Your Session

3.     During Your Massage

4.     Ensuring Your Wellness

32.     By referring to this as a "Step-by-Step" Guide, Massage Envy tells its customers that this is a chronological description of what to expect.

33.     **Step 1.**  Here is a screenshot showing Step 1 of "The Step-by-Step Guide":



http://www.massageenvy.com/your-first-visit.aspx (accessed 9/24/2016).  As can be seen, Step

1, "Meet and Greet," occurs before Step 2, "Starting Your Session," and therefore describes

events that occur before the one-hour massage session begins.  Here is one such event described

in Step 1: "Your massage therapist will greet you and review the Wellness Chart with you.  They

will inquire about the reason(s) you are coming in for a massage, your current physical condition

and any specific areas in which you are experiencing pain or would like to address during your

massage."  Thus, Massage Envy is deceptively telling consumers that this consultation or

interview occurs before the one-hour massage session begins.

        34.    **Step 2.**  Here is a screen shot showing Step 2 of "The Step-by-Step Guide":

## 2  Starting Your Session

Your massage therapist will then take you to a peaceful, spa-like treatment room where a comfortable massage table dressed with a warming blanket and crisp clean sheets awaits. A small shelf for your personal belongings and a chair are also provided for your use. Your massage therapist will leave the room and wait outside while you disrobe to your level of comfort. The massage etiquette varies for clients. Some clients prefer to completely disrobe, while some will remain partially clothed. Either option is fine. Once disrobed, you will lie on the massage table, under the top sheet. Your massage therapist will give you a few minutes for this process and will knock on the door to ask if you are ready before entering your room.

You will always be draped with the top sheet during your massage session. The etiquette your massage therapist will follow is to only uncover the part of the body they are working on, ensuring that your modesty is respected at all times.

You can expect a tranquil and comfortable environment during your massage. The massage table is padded and a heating blanket is placed beneath the sheet, which you can have adjusted to your preference. There will be relaxing music playing, unless you request otherwise, and the room should be quiet, with no outside distractions.

http://www.massageenvy.com/your-first-visit.aspx (accessed 9/24/2016).  As can be seen, Step 2, entitled, "Starting Your Session," states that the massage session includes only times when the consumer is draped with a sheet.  It states:  "You will always be draped with the top sheet during your massage session."  Thus, Massage Envy is deceptively telling consumers the times spent in consultation with the therapist and in dressing and undressing – in which the consumer is *not* draped with a top sheet – are not part of the massage session.

35.    **Step 3.**  Here is a screenshot of Step 3 of "The Step-by-Step Guide":

## 3  During Your Massage

Before beginning the session, your therapist will ask you to alert them if, at any time during the session, a technique or stroke they are using is uncomfortable. Depending on your specific needs or requests, your massage therapist will either perform a customized full-body massage (for general relaxation and stress reduction) or focus on the specific parts of your body that you have requested. Massage Envy uses only the highest quality hypoallergenic massage creams and lotions for your massage.

http://www.massageenvy.com/your-first-visit.aspx (accessed 9/24/2016).  As can be seen, Step 3 of "The Step-by-Step Guide," entitled, "During Your Massage," also indicates that the massage session includes only the actual massage.  It states, "Before beginning the session, your therapist will ask you to alert them if, *at any time during the session*, a technique or stroke they are using is uncomfortable."  (emphasis added.)  Thus, Massage Envy is deceptively telling consumers that the massage session is that part of the visit in which the therapist is using a technique or stroke. That is the actual massage.  If Massage Envy did not want consumers to believe that the massage

13

was not the same thing as the session, it would have said, "Your therapist will ask you to alert

them if, at any time during the *massage*, a technique or stroke they are using is uncomfortable."

But Massage Envy said, "session," not "massage."

36.     **Step 4.**  Here is a screenshot of Step 4 of "The Step by Step Guide":

4  Ensuring Your Wellness

Once your massage therapy session is complete, your therapist will leave the room so you may re-dress. Your therapist will wait outside the room for you with a cup of water, and then take you back to the front area when you're ready. Our massage therapy sessions vary from 1-hour to 1 ½-hour to 2 hours in length. Each session includes a 5 minute pre-interview and 5 minutes at the end for you to re-dress.

We look forward to seeing you for your first visit. If you have any questions about the etiquette during a massage, one of our friendly front desk associates will be happy to answer them for you.

http://www.massageenvy.com/your-first-visit.aspx (accessed 9/24/2016).  In Step 4 of "The

Step-by-Guide," entitled, "Ensuring Your Wellness," Massage Envy states:  "Once your massage

therapy session is complete, your therapist will leave the room so you may re-dress."  Thus,

Massage Envy is deceptively telling consumers that the time spent getting dressed after the

massage (or "re-dressed" as Massage Envy states) is not part of the massage session because it

occurs after the "massage therapy session is complete."

37.     The last sentence of this paragraph states, "Each session includes a 5 minute pre-

interview and 5 minutes at the end for you to re-dress."  In the context of everything else on this

page, that sentence does not mean that these times are deducted from the hour.  That

interpretation would make no sense in light of the fact that Massage Envy discussed the pre-

interview before the section called, "*Starting* Your Session" (emphasis added), told consumers

that they would always be draped with a top sheet *during the massage session*, said that the

therapist would ask them to say at any time *during the session* if a technique or stroke was

uncomfortable, and told them that they would get "re-dressed" *after* the massage therapy session

14

was complete.  In all of those statements, Massage Envy was telling consumers that the massage session consists of the time that the therapist is performing the massage.

38.     If it was Massage Envy's intent to tell consumers in Step 4 of "The Step-by-Guide" that five minutes for a "pre-interview" and five minutes to get dressed at the end were part of the one-hour massage session, such disclosure would be unethical for several reasons:  (1) by burying it near the end of a long web page and not repeating it elsewhere, Massage Envy rendered it not likely to be noticed; (2) it was not likely to be noticed by consumers interested in the length of a massage session or even what occurs in a massage session because it was placed in a section with the title, "Ensuring Your Wellness," rather than a title relating to the massage session; (3) it was not placed in the sections entitled, "Starting Your Session" or "During Your Massage," where a consumer would be more likely to look for information on the length of a massage; and, (4) it is a disclaimer contradicting the overall impression of Massage Envy's offer of a one-hour massage session, namely that it consists of the actual massage and not extraneous activities such as the interview and getting dressed.

**Massage Envy's Web Page, "Customize your Massage Session"**

39.     Across the top of Massage Envy's website is a menu bar.  The second item on that menu bar is called, "Massage."  Clicking on that item brings the consumer to a page entitled, "Customize your Massage Session."   http://www.massageenvy.com/massage.aspx (accessed 9/16/2016.)  At the top of that page are several boxes indicating the various lengths of time that are available including, "1-hour," "1 ½ -hour," and "2-hour."  Here is a screenshot of that page showing those boxes:



http://www.massageenvy.com/massage.aspx (accessed 9/24/2016).

40.     The box for 1-hour on the Massage Envy web page, "Customize your Massage Session," http://www.massageenvy.com/massage.aspx (accessed 9/24/2016), does not state that the hour includes anything other than a massage.  In fact, it indicates the opposite.  It states that the session "[i]ncludes time for combination full body massage or focused relief of tension areas" without indicating that it includes anything else, such as undressing, dressing, "consultation" or waiting.

41.     As can be seen from this screenshot, below the "1-hour" box are the words "$50 Introductory Price" with an asterisk after the word "Price."  That asterisk does not have a link to anything.  Scrolling down the page (way down because it is a very long page) brings the consumer to a footnote like the one described above that says, "*View pricing and promotional details" with a link to the same Disclaimer Page discussed above that does not state that a one-hour massage lasts only 50 minutes.

**Massage Envy's FAQs**

42.     Massage Envy's website also has a page of FAQs that deceptively refers to a "1-hour massage," not a "1-hour massage session" and does not state that it is actually less than an hour.  In fact, it indicates the opposite.  In response to the question, "How long should a massage last?" the page states, "Some people view a one-hour massage [not "massage session"] as enough for relaxation and relief of mild stress or tension areas."

http://www.massageenvy.com/faqs.aspx (accessed 9/27/2016).

43.     Here is a screenshot of that question and answer as it appears on Massage Envy's FAQ page:

## How Long, How Often

How long should a massage last?                                                                              —

That depends on what you want to accomplish. Some people view a one-hour massage as enough for relaxation and relief of mild stress or tension areas. A two-hour session provides maximum therapeutic relief of chronic pain, stress or tension through a full-body massage using various modalities. And in between those, an hour and a half session allows time for relief of tight muscles or persistent pain, plus dedicated relief of specific areas of discomfort.

A Swedish or Deep Tissue massage can fill any of those lengths, but for something more specialized like a Prenatal, Sports massage or additional Enhanced Therapies, it might be better to allow 90 or 120 minutes.

http://www.massageenvy.com/faqs.aspx (accessed 9/27/2016).

**Massage Envy's Web Pages for Individual Facilities**

44.     Massage Envy also makes the offer of a 1-hour introductory massage on its web pages for individual facilities, such as its O'Fallon, Illinois facility, as shown in this screen shot:



http://www.massageenvy.com/clinics/IL/OFallon-IL.aspx (accessed 9/24/2016).

45.     As can be seen from the above screenshot, a list of services on the right side of the screen includes a "1-Hour Massage" (not massage session) for $50.

46.     There is also a reference to a 1-hour "massage session" under the photo of two Massage Envy employees.  Since the same page refers to a "1-Hour Massage," a reasonable consumer would conclude that a one-hour massage session includes a one-hour massage.  Moreover, note the asterisk after the word, "session."  That asterisk does not have a link to

anything.  If the consumer scrolls down to find out what the asterisk means, he or she finds, not a

footnote (at least not at first), but an appointment form, which contains asterisks.  That

appointment form is shown in the following screenshot:



*Id.*

47.    Thus, a reasonable consumer would conclude that the asterisk after "Session" in

the offer of a 1-hour massage session was directing him or her to the asterisks in the appointment

form and never see the footnote, much less find his or her way to the Disclaimer Page.

**Massage Envy's E-Gift Cards**

48.    Massage Envy also sells electronic gift cards.  https://www.massageenvy.com/ gift-cards.aspx (accessed 9/24/2016).  Here is a screenshot of the offer of a gift card:



https://www.massageenvy.com/gift-cards.aspx (accessed 9/24/2016).

49.     As can be seen from the above screenshot, the least expensive E-Gift card is $75. Massage Envy's offer of this gift card states that it is "[t]ypically good for 1-hour introductory massage, including gratuity."  It refers to a "1-hour introductory massage," not "1-hour massage session," and does not state that the 1-hour introductory massage is not a full hour, but rather no longer than 50 minutes.

50.     The E-Gift Card page contains four asterisks.  Three are shown in the screenshot above.  The fourth accompanies a footnote at the bottom of the page that, as is the case on other Massage Envy web pages, states, "View pricing and promotional details" and has a link to the Disclaimer Page.

51.     There is nothing about the first three asterisks on the E-Gift Card page that would lead a consumer to that footnote.  They accompany the titles of boxes that the consumer must fill out (Name of Recipient, Quantity, and Confirm Email) and suggest that these are simply items that must be completed.

**Massage Envy's Display Materials**

52.     Massage Envy reinforces the message that one-hour massages last one hour in posters for retail products that it sells in its facilities.  Such products include muscle relief sets, body gels, spa creams, triggerpoint pillows, and other products.

53.     For example, during the 2015 holiday season, Massage Envy displayed posters with the following message above a retail shelf:  "BECAUSE THIS FEELING SHOULD LAST LONGER THAN ONE HOUR."  *See* "Holiday 2015," https://www.massageenvy.com/media/836479/holiday%202015%20roll-out%20guide.pdf (accessed 9/24/2016) at 31.  The following screenshot shows a graphic from that publication:

21

**MARKETING MATERIALS** (cont'd)



## Retail Shelf Topper

**New posters available for retail shelving!** If your location has ordered retail shelving from MassageElements.com, new retail shelf toppers will be shipped in your location's POP kit based on the location's last retail display order.

54.     Telling consumers that "this feeling should last longer than one hour" is telling consumers that the massage lasts an hour because there is no reason to reproduce any feeling that a consumer obtains when he or she receives a massage at Massage Envy other than the feeling from the actual massage.  A consumer has no reason to desire the "feeling" from an interview, waiting time, getting undressed, or getting dressed to last beyond the experience at Massage Envy.

**The One Statement on Its Website Where Massage Envy Reveals the Actual Length of a One-Hour Massage is Virtually Impossible to Find**

55.     On its entire website, Massage Envy states on only one page that a 1-hour massage is actually only 50 minutes.  That is on an almost impossible-to-find web page, entitled, "Types of Massage" (hereafter "Types of Massage" Page).  http://www.massageenvy.com/types-of-massage.aspx (accessed 9/24/2016).  On that page, Massage Envy states:  "A 1-hour massage therapy session at Massage Envy clinics nationwide consists of the therapist consultation, 50 minutes of hands-on massage, and 5 minutes of dressing."

56.     On information and belief, there is only one limited path to follow by which a consumer can come across the "Types of Massage" Page.  One need not follow that path to obtain a massage at Massage Envy.  Moreover, if one does follow this path, there is nothing to indicate that at the end one will learn how long a massage lasts.

22

57.     Here is the pathway to the "Types of Massage" Page:  First one must click on "Massage" in the menu bar near the top of a page.  That takes one to a page entitled, "Customize your Massage Session."  http://www.massageenvy.com/massage.aspx (accessed 9/24/2016).  That page is shown in the screenshot below:



http://www.massageenvy.com/massage.aspx (accessed 9/24/2016).

58.     As can be seen, on this page various types of massages are listed, including "Trigger Point Therapy," "Swedish Massage" and others.  Clicking on either the name of one of those types or on the words, "Learn More," takes one to a page devoted to that technique.  *See, e.g*, http://www.massageenvy.com/types-of-massage/trigger-point-therapy.aspx and http://www.massageenvy.com/types-of-massage/swedish.aspx (both accessed 9/24/2016).

59.     Each of the pages devoted to one of the types of massages has a list of massage types on the left side under the title, "Types of Massage."  The following screenshot shows that list on the page for "Trigger Point Therapy":



http://www.massageenvy.com/types-of-massage/trigger-point-therapy.aspx (accessed 9/24/2016).

60.     This page (and others like it devoted to specific types of massage, such as Swedish Massage) have the only direct links to the lone web page that says a one-hour massage lasts only 50 minutes.  And even that link is difficult to find.  The link is the title of the list of different types of massage on the left side of the page.  As can be seen from the screenshot, there is no visual clue to indicate that this is a link.  That is in contradistinction to the massage types under the title, all of which are preceded by arrows, indicating that *they* are links.

61.     However, placing one's cursor over the words, "Types of Massage," reveals that it is a link, and clicking on it brings up the "Types of Massage" Page.

62.     On information and belief, this complicated path is the only way to access this page from any other page on the Massage Envy website.

63.     Moreover, even once one has found this page, it is difficult to find the reference stating that a one-hour massage lasts only 50 minutes.  First, there is nothing to alert the reader that the length of a massage is discussed on this page.  To the contrary, the page contains a brief description of different massage types, followed by a discussion of "Signature Services" and "Who is Massage Therapy good for?"

64.     Below that discussion – not preceded by a title and fully 41 lines of type from the top – is this statement:  "A 1-hour massage therapy session at Massage Envy clinics nationwide consists of 5 minutes of therapist consultation, 50 minutes of hands-on massage, and 5 minutes of dressing."  http://www.massageenvy.com/types-of-massage.aspx (accessed 9/24/2016).

65.     That difficult-to-find statement on an almost impossible-to-find web page is the only place on Massage Envy's entire website telling the reader that a 1-hour massage therapy session includes only a 50-minute massage.

66.     The following screenshot shows how this statement is hidden on this webpage (Plaintiff has inserted an arrow on the image to point out the sentence):



ME Massage Envy

Member Sign In ▶

▶ Own a Franchise | Find a Location   Zip, City or State ▶

| Welcome | Massage | Facials | Membership | Your First Visit | Get Started > | | Gift Cards | Locations |

## Types of Massage

f Recommend 544    G+1 8    🐦 Tweet

Therapeutic needs don't only vary from person-to-person, but also from day-to-day. That's why Massage Envy offers a variety massage types to choose from. With variations in pressure, technique, areas of focus and desired outcome, every visit is a chance to find your new favorite massage.

### Some of the most recognized types of massage therapy are:

**Trigger Point Therapy**    Learn More ▶
A trigger point is a tight area within muscle tissue that causes pain in other parts of the body. Trigger Point Therapy is specifically designed to alleviate the source of the pain through cycles of isolated pressure and release.

**Swedish Massage**    Learn More ▶
Our most popular therapeutic massage type, the light to medium pressure helps relieve stress, reduce pain, boost mood and promote relaxation.

**Deep Tissue Massage**    Learn More ▶
Deep Tissue is similar to Swedish massage, but the technique focuses on the deepest layer of muscles to target knots and release chronic muscle tension.

**Sports Massage**    Learn More ▶
For athletes of every kind, each therapeutic massage is specific to your sport of choice, with focus on a particular troublesome area like a knee or shoulder.

**Reflexology**    Learn More ▶
Reflexology applies pressure to areas in the hands and feet called "reflex zones", which relieves stress, addresses conditions of the feet and ankle and promotes overall relaxation.

**Cranial Sacral Therapy**    Learn More ▶
Gentle techniques addressing the bones of the head, spinal column and sacrum that offers effective relief for headaches, TMJD, back and neck pain.

**Prenatal Massage**    Learn More ▶
An ideal therapeutic choice for prenatal care, each massage differs based on your individual needs and requests.

**Geriatric Massage**    Learn More ▶
Geriatric massage relieves anxiety and depression while helping maintain and improve overall health in elderly clients.

### Signature Services

**Hot Stone Envy®**    Learn More ▶
Hot stone massage melts away tension, eases muscle stiffness and increases circulation and metabolism. Each 1½-hour session promotes deeper muscle relaxation through the placement of smooth, water-heated stones at key points on the body. Our professional massage therapists also incorporate a customized massage, with the use of hot stones, for complete and lasting wellness.

**Who is Massage Therapy good for?**

Massage Envy provides many different types of therapeutic massage techniques. Our experienced, licensed/certified/registered* Massage Therapists carefully customize the right therapeutic massage treatment to fit your needs, all at the same affordable rate. Great care and special attention are given to everyone, particularly those with injuries, ailments, the elderly and pregnant women, to see to it that they are comfortable and cared for properly and safely.

A ½-hour massage therapy session at Massage Envy clinics nationwide consists of 5 minutes of therapist consultation, 50 minutes of hands-on massage, and 5 minutes of dressing.

For more information about the different types of massage therapy techniques offered by Massage Envy, please consult your local Massage Envy clinic.

*Massage Envy employs only professionally trained Massage Therapists who meet all state and local requirements. To protect both our clients and therapists, no inappropriate behavior will be tolerated. Massage Envy therapists are held to higher Standards of Practice than required by some state or local laws.

### Your Customized Massage Session Awaits
Find a clinic to request an appointment today!

Find a Clinic ▶

### Choices Upgrades
Take a closer look at the added relief you'll receive with AromaTherapy Massage and Deep Muscle Therapy.

Aroma Therapy
Learn More

Deep Muscle Therapy
Learn More

### Benefits of Massage Therapy
- Relieves Stress
- Encourages Relaxation
- Helps Manage Pain
- Improves Flexibility and Range of Motion
- Relaxes Muscles
- Lowers Blood Pressure



ME Massage Envy

## Give the Gift of a Massage Envy Membership

Keep that special someone stress-free for 3-months, 6-months or even a whole year with a Massage Envy gift membership. It's the perfect surprise for weddings, birthdays, graduations and more. Learn More ▶

http://www.massageenvy.com/types-of-massage.aspx (accessed 9/24/2016).

67.     One does not need to access this web page to obtain a massage at Massage Envy.

**Massage Envy's Pricing Card Includes a Statement About the Actual Length of a Massage that is Difficult to Find and Read**

68.     At its facilities, Massage Envy has cards available for its customers that provide a menu of services, with their prices.  One does not need to see this to obtain a massage.  An example, which Plaintiff obtained *after* her second massage at the Massage Envy facility in O'Fallon, Illinois, is attached as Ex. A.  This card is 3.5 inches by 8.5 inches and has two sides, one devoted to massage services, the other to skin care services.

69.     The massage side of the pricing card lists a "60-Min. Massage Session" with an "Intro price" of $50 and a Non-Member price of $90.

70.     At the bottom of this page, in tiny, 5-pt type, is a seven-line, difficult-to-read block of print that states, in part, "Session time includes massage or facial and a total of 10 minutes for consultation and dressing, which occurs both pre and post service."

71.     Nowhere else on this card is the consumer told about non-massage time, such as time for consultation and dressing.  Nor does this card state explicitly that the 10 minutes for consultation and dressing is deducted from the massage time, leaving only 50 minutes for the massage.

72.     This page contains the following copyright notice:  "© Massage Envy Franchising, LLC."

73.     On information and belief, Massage Envy's employees are not trained to provide this card to consumers before their massage.  That belief is based on the fact that no employee called Ms. Haywood's attention to the card on either occasion she was present at Massage Envy's O'Fallon, Illinois, facility.

**Massage Envy Used to Disclose at the Top of Its Home Web Page How Long the Massage Lasts, But It Has Made that Information Progressively More Difficult To Find**

74.     Massage Envy did not always attempt to conceal the actual length of the massage included in a one-hour massage session.  Until April 2007, it clearly and unmistakably disclosed at the top of its home page that a one-hour session included only 50 minutes of massage time. The Internet Wayback Machine, https://archive.org/web/ (accessed 9/26/2016), contains an archive of outdated Massage Envy web pages.  The following screenshot shows Massage Envy's home page as of April 19, 2007:



http://web.archive.org/web/20070506115807/http://www.massageenvy.com/ (accessed 9/26/2016).

75.     As can be seen from the above screenshot, bearing the date of April 19, 2007, the offer of a $39 introductory price for first-time visitors clearly states, "Valid for one hour session, which consists of a 50 min, massage and time for consultation and dressing."

76.     By the next month, however, Massage Envy had taken that statement off its home page.  See this screenshot from the Massage Envy home page captured by the Internet Wayback Machine on May 28, 2007:



https://web.archive.org/web/20070528115943/http://www.massageenvy.com/ (accessed 9/26/2016).  Gone from the home page was the disclosure that a one-hour massage lasts only 50 minutes.

77.     However, note on the above screenshot the menu bar containing the item, "Types of Massage."  That item is a direct link to an earlier – and simpler – version of the "Types of Massage" page with the disclosure about the actual length of the massage. A consumer did not have to follow a complicated path to find that page – although even then nothing told the consumer that the "Types of Massage" page would disclose the length of a massage.  See this screenshot, dated May 18, 2007, of the "Types of Massage" page:



https://web.archive.org/web/20070518200434/http://www.massageenvy.com/types-of-massage.aspx (accessed 9/26/2016).  The reference to the length of the massage is in the second paragraph below the heading, "Who is Massage good for?"  This page is not nearly as long as it is now, and the statement that a massage is 50 minutes is easier to find.

78.    By September 23, 2011, however, Massage Envy had removed "Types of Massage" from the links at the top of its home page and dropped it into the midst of a group of several links farther down the page, with no indication that that item would link to a page that

would disclose the actual length of a "one-hour" massage.  See this screenshot from a web page captured on that date:



http://web.archive.org/web/20110923135458/http://www.massageenvy.com/ (accessed 9/26/2016).

79.     If one clicked the link for "Types of Massage" on that page, one would find that the page had expanded, making the reference to the length of massage more difficult to find than it had been.  See this screenshot from a web page captured on September 23, 2011:



http://web.archive.org/web/20110923143615/http://www.massageenvy.com/types-of-massage.aspx (accessed 9/26/2015).

80.     By October 2015, even that direct link on Massage Envy's home page to the "Types of Massage" page was gone.  That can be seen from the following screenshot, captured by the Internet Wayback Machine on October 21, 2015:



http://web.archive.org/web/20151021043008/http://www.massageenvy.com/ (accessed 9/26/2016).  To prove that there was no longer a link to the "Types of Massage" page on the Massage Envy home page, note the search bar at the top right.  The word, "Types" is not found on the page.  By this time, the "Types of Massage" page could only be found by following the complicated pathway outlined above.  Massage Envy's days of full disclosure were long gone.

**Massage Envy Tells Its _Members_ that a One-Hour Massage Lasts Only 50 Minutes**

81.     Once a customer has tried Massage Envy's introductory massage and learns that a one-hour massage lasts less than an hour and decides to enter into a membership agreement (at a different price per one-hour session than the introductory price), Massage Envy _then_ discloses

the actual length of a "one-hour" massage.  Membership allows a consumer to receive one "one-hour" massage per month.  In Paragraph 1 of Massage Envy's Terms & Conditions for its membership agreement, it makes clear that a one-hour session includes only 50 minutes of actual massage time.  There Massage Envy states:  "Each one-hour service includes fifty minutes of hands-on massage or facial and allows ten minutes for client consultation and dressing."

82.     The following screenshot shows this statement in the Terms & Conditions for Massage Envy membership:



**TERMS & CONDITIONS**

1 – Your Dues Based membership entitles you to a one (1) hour in clinic massage or facial (for an additional charge) session per month during the term of your membership ("membership services") once each monthly payment has been made. Your Paid in Full membership allows you to redeem all membership services immediately or as desired throughout the term of your membership. Each one-hour service includes fifty minutes of hands-on massage or facial and allows ten minutes for client consultation and dressing. Your membership status must be active in order to redeem any membership services including membership massages and facials. Your membership services are not transferable to any other person or entity. Nationwide reciprocal benefit rates vary by clinic. Picture ID is required to establish membership enrollment in your home state. In the event of a change in your circumstances, you may apply to temporarily freeze your membership. Please see the front desk for eligibility, terms and conditions.

2 – You may cancel your membership only in the event that: (a) you permanently relocate your residence more than 25 miles away from your original residence and such relocation also puts you more than 25 miles away from any Massage Envy or Massage Envy Spa; or (b) a physician

These terms and conditions are not publicly available on the internet.

83.     There is no reason why Massage Envy cannot make a similar clear and easy-to-find disclosure to consumers who are not its members.  Accordingly, Massage Envy is seeking to deceive unknowing consumers into thinking that a one-hour massage or massage session contains a one-hour massage.

**Massage Envy's Competitor MassageLuxe Freely Discloses that a One-Hour Session Provides a 50-Minute Massage**

84.     MassageLuxe is a chain of massage facilities that compete with Massage Envy, including one in Edwardsville, Illinois, and one in Fairview Heights, Illinois.

85.     The screen shot below taken from MassageLuxe's home page shows that MassageLuxe prominently discloses the actual massage time of a "$48 1-hour massage" for "[f]irst time clients only."  It states:  "Consists of 50-minute standard massage and time for consultation and dressing."



https://massageluxe.com/ (accessed 9/24/2016).

86.     MassageLuxe also makes available a coupon for a $48 1-hour massage and states on the face of the coupon that the actual massage time is only 50 minutes.  https:// massageluxe.com/coupons/ (accessed 9/24/2016).  Here is a screenshot of that coupon.



https://massageluxe.com/coupons/ (accessed 9/24/2016).

87.     There is no reason why Massage Envy could not make similarly prominent disclosures.

## PLAINTIFF ALLEGATIONS

88.     In or about February 2016, Plaintiff Haywood's daughter Amber purchased a $75 electronic gift card for her from Massage Envy's website.  According to Massage Envy's offer, that gift card would provide a "1-hour introductory massage."  Amber told her that it would provide her with a one-hour massage.

89.     Ms. Haywood was notified of the gift by email on February 13, 2016.  (*See* copy of email, Ex. B.)  The email told her that she had received a gift card in the amount of $75.00.  It advised her to download her card and present it at the time of purchase.  It did not mention the length of the massage she would be able to obtain with the card.

90.     A line buried in fine print at the bottom of the email stated, "Session includes massage or facial and time for consultation and dressing."  However, the email did not indicate how much time was spent on the massage.  If Massage Envy had intended not to deceive the recipient, it would have stated clearly in large type near the top of the email, right after the price of $75.00, "good for a one-hour massage session consisting of 50-minute massage, interview and time for undressing and dressing."  It did not.

91.     Ms. Haywood downloaded her gift card.  (It is attached hereto as Ex. C.)  The gift card contains a set of terms and conditions.  None of those terms and conditions relates to the length of the massage to which the gift card would entitle her.  In fact, nowhere on the card or the web page where the card is located is there a reference to the length of the massage that she could obtain.

92.     Ms. Haywood went on Massage Envy's website to read about the one-hour massage that she had received and to find the nearest location, which she learned was in

O'Fallon, Illinois, at 1140 Central Park Dr., Suite 102.  Nowhere did she read that the massage would actually be less than an hour.

93.     Ms. Haywood then called the O'Fallon facility and made an appointment for May 11, 2016.  On that date, she went to Massage Envy's O'Fallon, Illinois location for her massage. She checked in with the front desk but didn't sign anything or receive any information regarding the length of the appointment.  No sign or other displayed notice indicated that the massage time would be less than one hour.

94.     Ms. Haywood was called for her appointment around the time it was scheduled. She talked to the massage therapist briefly and was given time to undress.  After a waiting period, the therapist came back in and the massage lasted no more than 50 minutes.

95.     At the end of the session, she requested documentation of her session and was given the attached "Massage Wellness Plan."  Ex. D

96.     In September 2016, to verify that Massage Envy provided only 50 minutes' massage time for a one-hour massage, Ms. Haywood telephoned Massage Envy's O'Fallon, IL, location and made a reservation over the phone for a 3:00 p.m. appointment on September 8, 2016, for a one-hour massage costing $90.

97.     On September 8, 2016, Ms. Haywood arrived at Massage Envy's O'Fallon facility at approximately 2:55 p.m., checked in at the desk, and was not asked to sign anything.  No sign or other displayed notice indicated that the massage time would be less than one hour.  Her actual massage was no longer than 50 minutes.

98.     As she was leaving the facility, Ms. Haywood noticed a stack of cards at the front desk.  She took one.  It is attached as Ex. A.  No employee of Massage Envy ever called her attention to that card on either date when she was there.

99.     At the end of her September 2016 session, Ms. Haywood requested documentation of her session and was given the attached "Massage Wellness Plan." Ex. E.  She also received the attached receipt, which reflects the balance that she paid in addition to the credit remaining from the gift card provided by her daughter.  Ex. F.

<u>**THE ILLEGALITY OF MASSAGE ENVY'S PRACTICES UNDER THE ICFA**</u>

100.    Massage Envy's acts and practices in providing only 50 minutes of massage time while telling consumers that they would receive a one-hour massage or massage session are deceptive and unfair in violation of Section 2 of the ICFA.

101.    Section 2 of the ICFA, 815 ILCS 505/2, prohibits "unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of such material fact … in the conduct of any trade or commerce …," as set forth below:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965,1 in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby.

815 ILCS 505/2.

<u>**Massage Envy's Acts and Practices Violate the ICFA's Prohibitions of Deception**</u>

102.    Massage Envy's acts and practices of providing only a 50-minute massage while charging for a one-hour massage or massage session are deceptive in violation of the ICFA because Massage Envy deceives consumers into believing they are paying for a one-hour massage even though the actual massage is no more than 50 minutes.

**Massage Envy's Acts and Practices Violate the ICFA's Prohibitions of Omissions of Material Facts**

103.     Section 2 of the ICFA outlaws "the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact …." 815 ILCS. 505/2.

104.     Massage Envy's acts and practices of failing to disclose that at least 10 minutes of any massage session will be spent undressing, consulting, waiting and dressing, is an omission of a material fact in violation of the ICFA.

**Massage Envy's Acts and Practices Are Unethical in Violation of the ICFA's Prohibitions of Unfairness**

105.     In outlawing unfair acts and practices, the Illinois legislature adopted the Federal Trade Commission's interpretation of § 5(a)(1) of the Federal Trade Commission ("FTC") Act, 15 U.S.C. § 45(a):  "In construing this section consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5(a) of the Federal Trade Commission Act." 815 ILCS 505/2.

106.     In determining whether a practice is unfair in violation of Section 5(a) of the FTC Act, the FTC considers whether the practice is unethical.  *See FTC v. Sperry & Hutchinson Co*., 405 U.S. 233 at 244 n. 5.  Accordingly, unethical practices are unfair under ICFA.

107.     Massage Envy's acts and practices are unfair in that they violate generally accepted principles of ethical business conduct for the following reasons:

- The offer of a one-hour massage or massage session is not clear, honest and complete so that the consumer may know the exact nature of what is being offered because the one-hour massage or massage session does not include one-hour of massage time.

- The offer of a one-hour massage or massage session does not include consistent statements or representations of all the essential points of the offer.

- The overall impression of the offer of a one-hour massage or massage session is contradicted by a disclaimer.

- The representation on Massage Envy's Disclaimer Page that the one-hour massage "session" includes dressing and consultation time is material to the offer of a one-hour massage session and is unlikely to be noticed.

- The statement on Massage Envy's web page "Type of Massage" that a 1-hour massage session includes a 50-minute "hands-on massage" is unlikely to be noticed.

- The statement on Massage Envy's printed card that a one-hour massage session includes only 50 minutes of massage time is provided only in tiny "mouse type" and therefore unlikely to be noticed.  In addition, the card is not provided to the consumer or called to the consumer's attention before the massage.

108.    The basis for the allegation that it is unethical to engage in the above practices comes, in part, from established ethical principles recognized by the Direct Marketing Association ("DMA"), the leading industry association for companies that, like Massage Envy, market directly to consumers.

109.    DMA has published principles of ethical business practices for such marketing activities. *Direct Marketing Association's Guidelines for Ethical Business Practices*, revised May 2011 ("DMA Ethical Guidelines").  *See* Ex. G - DMA Ethical Guidelines, revised May 2011; Ex. H  – DMA Ethical Guideline, revised January 2014, both of which are incorporated herein by reference.

41

110.    These Ethical Guidelines "are intended to provide individuals and organizations involved in direct marketing in all media with generally accepted principles of conduct." *Id*. at 2. They "reflect DMA's long-standing policy of high levels of ethics and the responsibility of the Association, its members, and *all marketers* to maintain consumer and community relationships that are based on fair and ethical principles." *Id*. (emphasis added).

111.    In addition, DMA states that the Ethical Guidelines "are intended to be honored in light of their aims and principles. All marketers should support the guidelines in spirit and not treat their provisions as obstacles to be circumvented by legal ingenuity." *Id*.

112.    DMA has also published a companion volume to its Ethical Guidelines called *Do the Right Thing: A Companion to DMA's Guidelines for Ethical Business Practice* (Revised January 2009) ("*Do the Right Thing*"). Ex. I, incorporated herein by reference.  That volume is intended to "give[] direct marketers advice on how to assure their business practices comply with" the Ethical Guidelines. *Do the Right Thing* at 2.

113.    DMA's Ethical Guidelines are set forth in a series of "Articles," each of which states a separate ethical principle.

114.    In both the 2011 and 2014 editions of its Ethical Guidelines, Article #1, "HONESTY AND CLARITY OF OFFER," states:  "All offers should be clear, honest and complete so that the consumer may know the exact nature of what is being offered …."

115.    Massage Envy's offers of one-hour massages or massage sessions violate this ethical principle because they do not state that the sessions include no more than 50 minutes of actual massage time and therefore do not let the consumer know the exact nature of what is being offered.

116.    In both the 2011 and 2014 versions of its Ethical Guidelines, Article #2, "ACCURACY AND CONSISTENCY," states:  "Simple and consistent statements or representations of all the essential points of the offer should appear in the promotional material. The overall impression of an offer should not be contradicted by individual statements, representations or disclaimers."  (Emphasis added.)

117.    In *Do the Right Thing*, DMA elaborates on this ethical principle.  It states, "Keep in mind that a disclaimer or disclosure alone usually is not enough to remedy a misleading or false claim."

118.    Massage Envy's offers of one-hour massages or massage sessions violate this ethical principle because the impression of the offers – that a consumer will receive a one-hour massage – is explicitly contradicted by a "Disclaimer" and by other statements on its website.

119.    In both the 2011 and 2014 versions of its Ethical Guidelines, Article #3, "CLARITY OF REPRESENTATIONS," states:  "Representations which, by their size, placement, duration or other characteristics are unlikely to be noticed or are difficult to understand should not be used if they are material to the offer."

120.    In explaining this ethical principle in *Do the Right Thing*, DMA states, "A promotion, for instance, that uses 'mouse type' at the bottom of a page … would render the promotion difficult to read and unclear."  According to dictionary.com, "mouse type" is "small-sized type, usually smaller than 7-point."

121.    Massage Envy's representation on its website that the massage session includes time for dressing and consultation violates this ethical principle because it is material to the offers of one-hour massages or massage sessions and not only uses "mouse type" in a footnote at the bottom of the web page, but even then the consumer must click and then read through a page

of "Disclaimers" to learn that the session includes time for dressing and consultation – and is never told that it also includes time for undressing and waiting for the therapist to arrive.  Even worse, the "Disclaimer" never states that the hour includes no more than 50 minutes of massage time.

122.    Massage Envy's statement on its "Types of Massage" website that a one-hour massage session includes 5 minutes of therapist consultation, 50 minutes of hands-on massage, and 5 minutes of dressing violates this ethical principle because it is virtually impossible to find and therefore unlikely to be noticed.

123.    Massage Envy's pricing card that states in tiny 5 pt. type at the bottom of the card that a massage session includes 10 minutes for consultation and dressing violates this ethical principle because it is unlikely to be noticed and difficult to read in that it is contained in a block of "mouse type" and because the card is not provided to the consumer or called to the consumer's attention before the massage.

## CLASS ACTION ALLEGATIONS

124.    Pursuant to Fed. R. Civ. P. 23, Plaintiff seeks to represent the following Class:

All consumers who, in the State of Illinois, purchased a one-hour massage or massage session from Massage Envy or its franchisees (other than a purchase as part of a membership) and received no more than 50 minutes of actual massage time.

125.    Excluded from the proposed Class are Defendant, its Directors, and employees, as well as employees of any subsidiary, affiliate, successors, or assignees of Defendant.  Also excluded is any trial judge who may preside over this case.

126.    **Numerosity**.  The exact size of the Class is currently unknown to Plaintiff, but the total number of Class members is so numerous that joinder of all Class members would be impracticable.

127.   **Commonality**.  There is a well-defined community of interest in the questions of law and fact affecting Class members.  Among the numerous questions of law or fact common to the Class are the following:

A.  Does Massage Envy offer a one-hour massage or "massage session" without specifying that the actual massage lasts no more than 50 minutes?

B.   Are the massages provided in Massage Envy's one-hour massage sessions no more than 50 minutes?

C.  Is it deceptive in violation of the ICFA for Massage Envy to offer one-hour massages or massage sessions without specifying that the massages last no more than 50 minutes?

D.  Is it unfair in violation of the ICFA for Massage Envy to offer one-hour massages or massage sessions without specifying that the massages last no more than 50 minutes?

E.  Did Plaintiff suffer injury because she paid for one-hour massages that lasted no more than 50 minutes.

128.   **Typicality**.  The claims of Plaintiff are typical of the claims of the members of the Class.

129.   **Adequacy of Representation**.  Plaintiff is an adequate representative of the Class and has no conflict of interest with other class members.  Plaintiff's attorneys are experienced in this type of litigation and will prosecute the action adequately and vigorously on behalf of the Class.

130.   **Predominance.**  The questions of law or fact common to class members predominate over any questions affecting only individual members.

131.   **Superiority.**  A class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

## JURY DEMAND

132.   Plaintiff demands a jury trial to the extent it is allowed by law.

## COUNT I:  AFFIRMATIVE DECEPTION IN VIOLATION OF THE ICFA

133.   Plaintiff Kathy Haywood realleges and incorporates by reference all preceding paragraphs of this Complaint as though fully alleged in this paragraph.

134.   Section 2 of the ICFA prohibits "deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact … in the conduct of any trade or commerce …." 815 ILCS 505/2.

135.   In providing one-hour massage sessions, Massage Envy is engaged in trade and commerce.

136.   Pursuant to ICFA Massage Envy has a duty not to engage in deceptive acts or practices by the use of deception, fraud, false pretense, false promise, or misrepresentation in the conduct of any trade of commerce.

137.   By offering and selling one-hour massages or massage sessions without stating that the massage lasts no more than 50 minutes, Massage Envy has engaged in deceptive acts or practices by the use of deception, fraud, false pretense, false promise, or misrepresentation.

138.   Plaintiff and members of the Class purchased one hour massages and/or massage "sessions" but received massages that lasted no longer than 50 minutes.

139.    Massage Envy's deceptive acts and practices have directly, foreseeably, and proximately caused damages and injury to the Class.  Massage Envy has engaged in these deceptive acts and practices willfully and knowingly.

140.    Plaintiff and the Class suffered monetary damages in the amounts that Massage Envy charged for massage time that it did not provide.

141.    The ICFA allows "[a]ny person who suffers actual damage as a result of a violation of this Act committed by any other person [to] bring an action against such person. The court, in its discretion may award actual economic damages or any other relief which the court deems proper…." 815 ILCS 505/10a.

142.    WHEREFORE, Plaintiff and the Class pray for the relief requested in the Prayer for Relief set forth below.

**COUNT II:  OMISSIONS OF MATERIAL FACT IN VIOLATION OF THE ICFA**

143.    Plaintiff Kathy Haywood realleges and incorporates by reference all preceding paragraphs of this Complaint as though fully alleged in this paragraph.

144.    Section 2 of the ICFA prohibits "deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact … in the conduct of any trade or commerce …." 815 ILCS 505/2.

145.    In providing one-hour massage sessions, Massage Envy is engaged in trade and commerce.

146.    Pursuant to ICFA Massage Envy has a duty not to engage in deceptive acts or practices by the use of the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact.

147.     By offering and selling one-hour massages or massage sessions without stating that the massage lasts no more than 50 minutes, Massage Envy has engaged in deceptive acts or practices by the use of the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact.

148.     Plaintiff and members of the Class purchased one hour massages and/or massage "sessions" but received massages that lasted no longer than 50 minutes.

149.     Massage Envy's deceptive acts and practices by the use of the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact have directly, foreseeably, and proximately caused damages and injury to the Class.  Massage Envy has engaged in these deceptive acts and practices willfully and knowingly.

150.     Plaintiff and the Class suffered monetary damages in the amounts that Massage Envy charged for massage time that it did not provide.

151.     The ICFA allows "[a]ny person who suffers actual damage as a result of a violation of this Act committed by any other person [to] bring an action against such person. The court, in its discretion may award actual economic damages or any other relief which the court deems proper…." 815 ILCS 505/10a.

152.     WHEREFORE, Plaintiff and the Class pray for the relief requested in the Prayer for Relief set forth below.

## <u>COUNT III:  UNFAIR PRACTICES IN VIOLATION OF THE ICFA</u>

153.     Plaintiff Kathy Haywood realleges and incorporates by reference all preceding paragraphs of this Complaint as though fully alleged in this paragraph.

154.     Section 2 of the ICFA prohibits "unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise,

misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact … in the conduct of any trade or commerce ….” 815 ILCS 505/2.

155.    Section 2 of the ICFA also provides:  “In construing this section consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5(a) of the Federal Trade Commission Act.” 815 ILCS 505/2.

156.    In determining whether a practice is unfair in violation of Section 5(a) of the FTC Act, the FTC considers whether the practice is unethical.  *See FTC v. Sperry & Hutchinson Co*., 405 U.S. 233 at 244 n. 5.  Accordingly, unethical practices are unfair under ICFA.

157.    In providing one-hour massage sessions, Massage Envy is engaged in trade and commerce.

158.    Pursuant to ICFA Massage Envy has a duty not to engage in unfair acts or practices in the conduct of any trade of commerce.

159.    Massage Envy’s acts and practices alleged herein are unfair in that they violate generally accepted principles of ethical business conduct for the following reasons:

- The offer of a one-hour massage or massage session is not clear, honest and complete so that the consumer may know the exact nature of what is being offered because the one-hour massage or massage session does not include one-hour of massage time.

- The offer of a one-hour massage or massage session does not include consistent statements or representations of all the essential points of the offer.

- The overall impression of the offer of a one-hour massage or massage session is contradicted by a disclaimer.

- The representation on Massage Envy's Disclaimer Page that the one-hour massage "session" includes dressing and consultation time is material to the offer of a one-hour massage session and is unlikely to be noticed.

- The statement on Massage Envy's web page "Type of Massage" that a 1-hour massage session includes a 50-minute "hands-on massage" is unlikely to be noticed.

- The statement on Massage Envy's printed card that a one-hour massage session includes only 50 minutes of massage time is provided only in tiny "mouse type" and therefore unlikely to be noticed.  In addition, the card is not provided to the consumer or called to the consumer's attention before the massage.

160.    Massage Envy's unfair acts and practices have directly, foreseeably, and proximately caused damages and injury to the Class.  Massage Envy has engaged in the unfair acts and practices as described above willfully and knowingly.

161.    Plaintiff and members of the Class purchased one hour massages and/or massage "sessions" but received massages that lasted no longer than 50 minutes.

162.    Plaintiff and the Class suffered monetary damages in the amounts that Massage Envy charged for massage time that it did not provide.

163.    The ICFA allows "[a]ny person who suffers actual damage as a result of a violation of this Act committed by any other person [to] bring an action against such person. The court, in its discretion may award actual economic damages or any other relief which the court deems proper…." 815 ILCS 505/10a.

164.    WHEREFORE, Plaintiff and the Class pray for the relief requested in the Prayer for Relief set forth below.

## PRAYER FOR RELIEF

165.    For the foregoing reasons, Plaintiff, on her own behalf and on behalf of the members of the putative Class, prays for a judgment:

A.   Certifying the Class as defined herein;

B.   Entering an order appointing Law Office of Richard S. Cornfeld and The Bruning Law Firm, LLC, as counsel for the Class;

C.   Awarding Plaintiff and the Class compensatory damages in an amount to be determined at trial;

D.   Awarding restitution to Plaintiff and the Class in an amount to be determined at trial;

E.   Awarding punitive damages in an amount to be determined at trial;

F.   Awarding Plaintiff and the Class their costs of suit and reasonable attorneys' fees;

G.   Providing such further relief as the Court may deem fair and reasonable.


Respectfully submitted,

LAW OFFICE OF RICHARD S. CORNFELD


By:   _/s/ Richard S. Cornfeld_____
Richard S. Cornfeld
1010 Market Street, Suite 1720
St. Louis, MO  63101
P 314-241-5799
F 314-241-5788
rcornfeld@cornfeldlegal.com

and

Anthony S. Bruning
Anthony S. Bruning, Jr.
Ryan L. Bruning
THE BRUNING LAW FIRM, LLC
555 Washington Avenue, Suite 600

51

St. Louis, MO 63101
P. 314-735-8100 / F. 314-898-3078
tony@bruninglegal.com
aj@bruninglegal.com
ryan@bruninglegal.com

***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Court with service upon all counsel of record via the Court's CM/ECF system on this 27th day of September, 2016.


*/s/ Richard S. Cornfeld*