# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 3, 2018

BEFORE

DIANE P. WOOD, Chief Judge

| No. 17-2402 | KATHY HAYWOOD and LIA HOLT, on behalf of themselves and all others similarly situated, Plaintiffs - Appellants <br><br> v. <br><br> MASSAGE ENVY FRANCHISING, LLC, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:16-cv-01087-DRH-SCW <br> Southern District of Illinois <br> District Judge David R. Herndon ||

This matter comes before the court for its consideration of the **MASSAGE ENVY FRANCHISING, LLC'S UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT**, filed on January 2, 2018, by counsel for Appellee Massage Envy Franchising, LLC,

Although the court will ordinarily respect requests by counsel made in advance of the scheduling of an appeal for oral argument, that the court avoid scheduling argument for a particular day or week, Circuit Rule 34(b)(3), postponement of oral argument, once oral argument is scheduled, will be granted only in extraordinary circumstances. Circuit Rule 34(e). Such circumstances have not been demonstrated in this instance. Accordingly, the motion is **DENIED** and oral argument will proceed as scheduled.

form name: **c7_Order_Arg_Resched_Deny**(form ID: **225**)